No. 82–2143. BURLINGTON NORTHERN INC., SUCCESSOR BY MERGER TO ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* BAIR. Sup. Ct. Mo. Certiorari denied.

No. 82–2144. WOODRUFF ET UX. *v.* ANGUS, NEXT FRIEND OF ANGUS, ET AL. Ct. App. Ore. Certiorari denied.

No. 82–2145. HOLTON, CHIEF INVESTIGATOR, SELECT COMMITTEE ON AGING, U. S. HOUSE OF REPRESENTATIVES, ET AL. *v.* BENFORD. C. A. 4th Cir. Certiorari denied.

No. 82–2150. PLATT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–2152. ST. JAMES HOSPITAL *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 82–2153. NATIONAL FOUNDATION FOR CANCER RESEARCH, INC. *v.* COUNCIL OF BETTER BUSINESS BUREAUS, INC. C. A. 4th Cir. Certiorari denied.

No. 82–2154. MONTGOMERY MALL LIMITED PARTNERSHIP *v.* GENERAL ELECTRIC CREDIT CORP. C. A. 10th Cir. Certiorari denied.

No. 82–2155. ESCAMBIA COUNTY, FLORIDA, ET AL. *v.* MCMILLAN ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 82–2158. WARREN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 82–2159. B. D. INTERNATIONAL DISCOUNT CORP. *v.* CHASE MANHATTAN BANK, N.A. C. A. 2d Cir. Certiorari denied.

No. 82–2160. SPARANO *v.* SECRETARY OF THE ARMY ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–2161. HICKS *v.* APEX MARINE CORP. C. A. 4th Cir. Certiorari denied.